IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CORNELIUS RENTERIA,

    Petitioner,

vs.                                               CIV 17-0976 MCA/KBM

RAYMOND SMITH, Warden,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings of Fact and Recommended Disposition on February 23, 2018 *(Doc.12)*. The proposed findings notified Petitioner and Respondent of their ability to file objections within fourteen (14) days and that failure to do so waives appellate review. To-date, neither party has filed any objections and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings of Fact and Recommended Disposition *(Doc. 12)* is ADOPTED;

2. The Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus *(Doc. 1)* is dismissed **with prejudice;**

3. A certificate of appealability is DENIED**.**

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE